TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ABBIE BROUGHTON
Assistant United States Attorney
California State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: abbie.broughton.marsh@usdoj.gov
Attorneys for Plaintiff

| ✓ FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

APR 3 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

          vs.

Rene Ortiz,

                    Defendant.

No. CR-25-00153-PHX-DGC

**SUPERSEDING INDICTMENT**

VIO:    18 U.S.C. § 871
          (Threat Against President and
          Successors to the Presidency)
          Counts 1 and 3

          18 U.S.C. § 879
          (Threat Against Former Presidents)
          Count 2

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 5, 2024, in the District of Arizona and elsewhere, the defendant, RENE ORTIZ, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon [Victim 1], with the intent to communicate a true threat of violence by stating, "I chose to execute the newly elected POTUS by firing an M-16A2 Service Rifle with a magazine of 6 rounds."

All in violation of Title 18, United States Code, Section 871.

## COUNT 2

On or about November 5, 2024, in the District of Arizona and elsewhere, the

defendant, RENE ORTIZ, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon [Victim 2], with the intent to communicate a true threat of violence by lodging a document in Federal Court which stated, "I chose to execute the newly elected POTUS by firing an M-16A2 Service Rifle with a magazine of 6 rounds."

All in violation of Title 18, United States Code, Section 879.

## COUNT 3

On or about November 25, 2024, in the District of Arizona and elsewhere, the defendant, RENE ORTIZ, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon [Victim 2] with the intent to communicate a true threat of violence by lodging a document in Federal Court which stated, "Mr. Ortiz will be entitled to shot the incoming fraudulent elected POTUS from 300 or 666 yards away with 666 rounds for an M-16A2 service rifle at the inauguration on Jan 20, 2025."

All in violation of Title 18, United States Code, Section 871.


A TRUE BILL

s/ _____
FOREPERSON OF THE GRAND JURY
Date:  April 30, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/ _____
ABBIE BROUGHTON
Assistant U.S. Attorney

- 2 -